UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS                                             CASE NO. 5:10CV180-RS-MD

BETTY L FLEMING

### DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(b)(1), Default Judgment is entered against Defendant **BETTY L FLEMING** and in favor of Plaintiff **UNITED STATES OF AMERICA** in the amount of $333,432.16 as of November 30, 2010, plus interest and statutory additions from that date pursuant to 28 U.S.C. §1961(c)(1), and 26 U.S.C. §§ 6601, 6621 and 6622.

SHEILA HURST-RAYBORN
ACTING CLERK OF COURT

 December 21, 2010                    s/Susan Anderson
DATE                                  Deputy Clerk: Susan Anderson